# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2008

136431

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ATTORNEY GENERAL OF THE
STATE OF MICHIGAN,
         Appellant,

v

MICHIGAN PUBLIC SERVICE
COMMISSION, CONSUMERS ENERGY
COMPANY, ADRIAN ENERGY
ASSOCIATION, L.L.C., CADILLAC
RENEWABLE ENERGY, L.L.C.,
GENESEE POWER STATION, L.P.,
GRAYLING GENERATING STATION,
L.P., HILLMAN POWER COMPANY,
L.L.C., TES FILER CITY STATION,
L.P., VIKING ENERGY OF LINCOLN,
INC., VIKING ENERGY OF McBAIN,
INC., and MIDLAND COGENERATION
VENTURE, L.P.,
         Appellees.

SC: 136431
COA: 261747
MPSC: U-013917

_____/

On order of the Court, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether "transmission costs" may be included in the power supply cost recovery factor, MCL 460.6j(1)(a) and (b).

We further ORDER that this case be argued and submitted to the Court together with the cases of *Attorney General v Michigan Public Service Commission* (Docket Nos. 134667-9) and the related cases (bearing Docket Nos. 134671, 134673-4, 134676-7), at such future session of the Court as these cases are ready for submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2008

*Corbin R. Davis*

Clerk

l0916